UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2014 JAN 10 AM 7:53

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CAUSE NO. SA-13-CR361-FB |
| CECILY ANN MENCHACA | § § | |

## AGREED ORDER

On this day, came on to be considered the United States' motion to revoke Defendant's supervised release. After due consideration, including consideration of all statutorily-required factors and revocation policy statements, the Court finds that the Defendant has violated conditions of his supervised release as alleged by the United States, and that the ends of justice and the best interests of the public will not be served by continuing the Defendant on supervised release.

Accordingly, for reasons pronounced by the Court and set forth in the motion to revoke.

**IT IS ORDERED** by the Court that the terms of supervised release previously imposed by the Court are hereby revoked and set aside.

**IT IS NOW THE ORDER AND SENTENCE** of this Court that the defendant is remanded to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TWELVE (12) MONTHS AND ONE (1) DAY** and no Supervised Release to follow.

The Clerk shall provide the United States Marshal with a certified copy of this Order to be authority to said Marshal for his action in the premises.

Signed this __10__ day of January, 2014.

_____
FRED BIERY
Chief United States District Judge

**AGREED:**

X_____
CECILY ANN MENCHACA, Defendant          Date

_____          Jan 8, 2014
ALFREDO R. VILLARREAL, AFPD              Date
Counsel for Defendant

_____          1-7-14
JUDITH A. PATTON, AUSA                    Date
Counsel for Plaintiff

_____          Jan. 8, 2014
CORINA A. LAURELES, USPO                  Date